

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2021

No. 04-21-00246-CV

**IN THE INTEREST OF R.R., A CHILD**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA00605
Honorable Peter Sakai, Judge Presiding

## O R D E R

This is an accelerated appeal from an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2.

The reporter's record, which was due on June 21, 2021, has not been filed. Therefore, we ORDER the court reporter responsible for preparing the reporter's record, Luis Duran, to file the reporter's record on or before **July 1, 2021**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court